## DICK v. STATE.
### No. 16983.

Court of Criminal Appeals of Texas.
June 13, 1934.

Roy Anderson, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was convicted of the offense of kidnapping, and his punishment assessed at confinement in the state penitentiary for a term of 25 years.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## CLARK v. STATE.
### No. 16897.

Court of Criminal Appeals of Texas.
June 20, 1934.

Sam T. Holt, of Carthage, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful manufacture of intoxicating liquor; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented. The record is before this court without bills of exception or statement of facts.

A motion for a continuance was made, but in the absence of the evidence upon which the conviction is based, the action of the trial court will be binding upon this court.

The motion for new trial presents nothing that would justify overturning the judgment.

The judgment and sentence are regular.

Perceiving no error, the judgment is affirmed.